

**BMO HARRIS BANK N.A.**
Harris Consumer Lending Center
3800 West Golf Road, Suite 300
Rolling Meadows, Il. 60008
Telephone 847/434-2910
Fax 847/434-2575

November 16, 2012

Chapter 13            )
                     )       RE:  MARIUSZ DOLINSKI
Case #12—31999       )

## WITHDRAWAL of CLAIM Number 1

This Withdrawal Notice is hereby recorded with the Northern Illinois Bankruptcy Court For Claim #1 inadvertently entered under the incorrect Case Number.

/s/ **Maryanne D'Angelo**

Maryanne D'Angelo
Sr. Bankruptcy Specialist/Consumer Loans
BMO Harris Bank N.A.
Phone: 847/434-2910
Fax: 847/434-2562



Harris® is a trade name used by BMO Harris Bank N.A. and its affiliates. Member FDIC